**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6094**
_____

LLOYD EUGENE BROWN,

                                        Plaintiff - Appellant,

          versus

JOSE A. SERANNO; REX BLOCKER; RICHARD FRICKEY;
LOUSIA ROSARIO; GARY FAVOUR, Nurse; UNITED
STATES ATTORNEY FOR THE DISTRICT OF SOUTH
CAROLINA; ATTORNEY GENERAL OF THE UNITED
STATES,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  R. Bryan Harwell, District Judge.
(2:05-cv-03342-RBH)

_____

Submitted:  June 29, 2007          Decided:  September 4, 2007

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lloyd Eugene Brown, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd Eugene Brown appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brown v. Seranno</u>, No. 2:05-cv-03342-RBH (D.S.C. filed Nov. 30, 2006 & entered Dec. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -